IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 07-0394
 ((((((((((((((((

 S.E.A. Leasing, Inc.

 v.

 JEFF STEELE AND MELISSA STEELE

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This case has been ABATED pursuant to Texas Rule of Appellate
Procedure 53.7. See City of San Antonio v. Hartman, 155 S.W.3d 460 (Tex.
2006)

 2. This case is abated until further order of this Court and is
removed from the Court's active docket. The parties shall immediately
notify this Court once the motion en banc is ruled on.

 Done at the City of Austin, this 17th day of August, 2007.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk